# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FREDERICK MUNSON,<br><br>Plaintiff,<br><br>v.<br><br>SHRINERS HOSPITALS FOR CHILDREN,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:12-cv-00698-CW-EJF<br><br>Judge Clark Waddoups |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Evelyn J. Furse pursuant to 28 U.S.C. § 636(b)(1)(B). (*See* Dkt. No. 4.) On February 14, 2014, Judge Furse issued a Report and Recommendation recommending that the court grant Defendant's Motion for Summary Judgment in its entirety. (Dkt. No. 42.) Plaintiff failed to file an Objection or other response to Judge Furse's Report and Recommendation within the permitted timeframe.

Accordingly, and upon a *de novo* review of the Judge Furse's findings, the court APPROVES AND ADOPTS Judge Furse's Report and Recommendation (Dkt. No. 42) in its entirety, granting summary judgment to Defendant. This case is therefore closed.

SO ORDERED this 23rd day of June, 2014.

BY THE COURT:

_____
Clark Waddoups
United States District Judge